■ In the Matter of KENNY A. KLEIN, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 6, 1978, unanimously affirmed for the reasons stated by Bloom, J., at Special Term, without costs and without disbursements. Concur—Fein, J. P., Sullivan, Markewich and Ross, JJ.

■ MARGARET A. PORTER, Respondent, v VIVA INTERNATIONAL, LTD., Appellant.—Judgment, Supreme Court, New York County, entered on October 27, 1978, unanimously affirmed on the opinion of Stecher, J., at Trial Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Fein, J. P., Sullivan, Bloom, Markewich and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN TARRANT, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 3, 1978, unanimously affirmed. The case. is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sullivan, Bloom, Markewich and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PADGETT, Appellant.—On the court's own motion, order of this court entered on May 22, 1979, unanimously affirming judgment of the Supreme Court, Bronx County, rendered on October 26, 1977, is vacated. The parties are permitted to file supplemental briefs as indicated in the order of this court. Concur—Birns, J. P., Sandler, Sullivan and Lane, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY McCOY, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 1, 1978, unanimously affirmed. No opinion. The order of this court entered on May 24, 1979 [70 AD2d 789] is vacated. Concur—Kupferman, J. P., Birns, Sullivan, Lupiano and Silverman, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KNOVEL EVERETT, Appellant.—Judgment, Supreme Court, New York County, rendered on October 3, 1977, unanimously affirmed. No opinion. The order of this court entered on May 24, 1979 [70 AD2d 788] is vacated. Concur—Kupferman, J. P., Bloom, Markewich, Yesawich and Ross, JJ.

(Republished)

■ In the Matter of HYMAN KAUFMAN, as Executor of MEYER KAUFMAN, Deceased. HYMAN KAUFMAN, Respondent; JACOB KAUFMAN, Appellant; LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, et al., Respondents.—Order, Surrogate's Court, Bronx County, entered on March 31, 1978, unanimously affirmed on the opinion of Gelfand, S. Respondents Hyman Kaufman and Esther Kaufman shall recover of appellant one bill of $75 costs and disbursements of this appeal. No opinion. The order of this court entered on May 24, 1979 [70 AD2d 557] is vacated. Concur—Murphy, P. J., Sandler, Lane, Silverman and Yesawich, JJ.